UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KAMAL WILLIAMS,

    Plaintiff,

v.                              Case No.  5:25-cv-213-MCR-MJF

SERGEANT BASFORD, *et al.*,

    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on August 25, 2025. *See* ECF No. 5. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference into this Order.

2. This civil action is **DISMISSED** without prejudice, pursuant to the Court's inherent authority to manage its docket, for Plaintiff's failure to comply with the Local Rules for the Northern District of Florida.

3. The Clerk of Court is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 9th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**